Argued and submitted April 24, affirmed as modified May 15, 1985

STATE OF OREGON,
*Respondent,*

*v.*

DENNIS CLAUDE HAGENS,
*Appellant.*

(10-84-03228, 10-84-03229; CA A33515, A33516)
(Cases consolidated)
699 P2d 676

Gary D. Babcock, Public Defender, argued the cause and filed the brief for appellant.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Richardson, Presiding Judge, and Warden and Newman, Judges.

PER CURIAM

## PER CURIAM

After defendant's plea of guilty to two charges of theft in the first degree, the trial court orally sentenced him to two consecutive five-year prison terms. The court said nothing about minimum terms of incarceration. However, the judgments purport to order that defendant serve a minimum of two and one-half years on each charge pursuant to ORS 144.110(1).

The state concedes that the minimum terms were not imposed and were included as the result of a scrivener's error in drafting the judgments.

Judgments modified to delete the minimum sentence provisions; affirmed as modified.